IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ROYAL INTERNATIONAL, LLC, | § § § | |
| Plaintiff, | § § | EP-22-CV-51-DB |
| v. | § § | ECF No. 33 |
| TRACTOR SUPPLY COMPANY | § § | |
| Defendant, Third-Party Plaintiff, | § § | |
| v. | § § | |
| JT INTERNATIONAL DISTRIBUTORS, INC., | § § § | |
| Third-Party Defendant. | § | |

## FINAL JUDGMENT

On November 14, 2022, the **Parties filed a joint stipulation** dismissing all claims, third-party claims, and cross-claims in the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c). The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this 15th day of **November 2022.**

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE